**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00436-CV**

_____

**IN RE GOVERNMENT EMPLOYEES INSURANCE COMPANY, AS SUBROGEE OF DONNA STEWART**

**Original Proceeding**
**County Court at Law No. 1 of Jefferson County, Texas**
**Trial Cause No. 126059**

**ORDER**

Before the Court is a petition for writ of mandamus filed by relator Government Employees Insurance Company (GEICO), as subrogee of Donna Stewart, regarding an order entered by the trial court that requires production of documents pertaining to GEICO's payment of claims involving charges and fees associated with the towing and storage of its insureds' vehicles in Jefferson, Orange, and Hardin Counties. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

1

Geico contends the discovery order is overly broad and orders the production of irrelevant documents, and Geico seeks a writ of mandamus compelling the trial judge to vacate the discovery order. Concurrently with the filing of its petition for writ of mandamus, GEICO filed a motion for emergency stay. GEICO contends an emergency stay is necessary to maintain the status quo and preserve this Court's jurisdiction, and that it will be prejudiced by being forced to disclose documents before the issues raised in the petition for writ of mandamus are resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of September 25, 2015, is STAYED until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any relief herein granted. The response of the real party in interest is due November 6, 2015.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED October 27, 2015.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

2